**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>FRANCISCO LEE JUAREZ,<br><br>   Defendant. | **No. 10-CR-4068-DEO**<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA** |

## I. INTRODUCTION AND BACKGROUND

On September 23, 2010, a three count Indictment (Docket No. 2) was returned in the above-referenced case.

Count 1 of the Indictment charges that on about November 19, 2009, through December 4, 2009, in the Northern District of Iowa, defendant Francisco Lee Juarez, knowingly possessed in and affecting commerce firearms, to wit: (1) a Ruger .22 caliber revolver, New Model Six, serial number 268-04733; and (2) a Browning 300 rifle, unknown model number, obliterated serial number.

Defendant Francisco Lee Juarez, previously had been convicted of crimes punishable by imprisonment for a term exceeding one year, that is: (1) theft by unlawful taking and conspiracy to commit theft by unlawful taking, Class III felonies, in the Nebraska District Court for Dakota County

Case No. 59-240, on June 11, 1996; and (2) possession of methamphetamine with intent to deliver, a class C felony, in the Iowa District Court for Plymouth County Case No. FECR010049, on November 5, 2001, and was an unlawful user of methamphetamine (a Schedule II controlled substance).

This was a violation of Title 18, United States Code, Sections 922(g)(1), (g)(3) and 924(a)(2).

Count 2 of the Indictment charges that on or about November 19, 2009, through December 4, 2009, in the Northern District of Iowa, defendant Francisco Lee Juarez, knowingly possessed, bartered, sold, or disposed of stolen firearms which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearms were stolen. The firearms were: (1) a Ruger .22 caliber revolver, New Model Six, serial number 268-04733; and (2) a Browning 300 rifle, unknown model number, obliterated serial number.

This was in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

Count 3 of the Indictment charges that on or about November 19, 2009, through December 4, 2009, in the Northern

District of Iowa, defendant Francisco Lee Juarez, knowingly possessed in and affecting interstate commerce, a firearm, that is: (1) a Browning 300 rifle, unknown model number, that had the importer's or manufacturer's serial number removed, obliterated, or altered.

This was a violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

The Indictment also contained a forfeiture allegation stating that by virtue of having committed the acts specified in the Indictment, defendant, Francisco Lee Juarez, shall forfeit to the United States any firearm and ammunition involved in or used in the knowing violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(3), 922(j), 922(k), 924(a)(1), and 924(a)(2), including but not limited to the firearms listed above.[1]

This pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

---

[1] The Court notes Defendant Juarez filed an "Abandonment Declaration" (Docket No. 24, 01/27/2011) stating as of the date of the filed pleading, the following firearms and ammunition have been abandoned to any local, state or federal law enforcement agency: (1) a Ruger .22 caliber revolver, New Model Six, serial number 268-04733; and (2) a Browning 300 rifle, unknown model number, obliterated serial number.

On January 25, 2011, defendant Francisco Lee Juarez appeared before Chief United States Magistrate Judge Paul A. Zoss and entered a plea of guilty to Counts 1 and 3 of the Indictment.

In the Report and Recommendation (Docket No. 19, 01/25/2011), Chief United States Magistrate Judge Paul A. Zoss recommends that defendant Francisco Lee Juarez's guilty pleas be accepted. Waiver of objections to Judge Zoss's Report and Recommendation were filed by each party (Docket Nos. 20 and 21). The Court, therefore, undertakes the necessary review to accept defendant Francisco Lee Juarez's pleas in this case.

## II.  ANALYSIS

### A.  Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

As mentioned, waivers of objections to the Report and Recommendation have been filed, and it appears to the Court upon review of Chief Magistrate Judge Zoss's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that this Court accepts Chief Magistrate Judge Zoss's Report and Recommendation (Docket No. 19), and accepts defendant Francisco Lee Juarez's pleas of guilty in this case to Counts 1 and 3 of the Indictment (Docket No. 2).

5

**IT IS SO ORDERED** this 1st day of March, 2011.

                                                  Donald E. O'Brien, Senior Judge
                                                  United States District Court
                                                  Northern District of Iowa